IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COREY DELMAR SMITH, 36307-177,  ) | |
|       MOVANT,  ) | |
| v.  ) | No. 3:09-CV-505-B |
| ) | 3:07-CR-135-B(04) |
| UNITED STATES OF AMERICA,  ) | ECF |
|       RESPONDENT.  ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this  14th  day of  April , 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE